(No. 83-CC-1244-)

Donald Reinking and Vivian Reinking, Claimants, *v.* The State of Illinois, Respondent.

*Order filed April 29, 1983.*

Robert C. Jenkins, for Claimants.

Neil F. Hartigan, Attorney General (James A. Koch, Assistant Attorney General, of counsel), for Respondent.

Poch, J.

This cause coming on before the Court on the joint stipulation of the Claimants and the Respondent, by their respective attorneys, and the Court being fully advised in the premises:

It is hereby ordered that the sum of $100.00 be awarded to Donald and Vivian Reinking and $256.86 be awarded to State Farm Mutual Automobile Insurance Company, and this shall constitute full and final satisfaction of the claim herein or any other claim arising out of the same occurrence.